THE PEOPLE OF THE STATE OF NEW YORK ex rel. SUMBERG REALTY COMPANY, Relator, Respondent, v. JOHN W. BYRNE, Commissioner of Assessment and Taxation and Head of the Department of Assessment and Taxation of the City of Troy, and Others, Appellants.— Appeal from the final order and judgment which reduced the assessed value of relator's real property in the city of Troy from $93,500 to $51,000. The evidence sustains the findings of $60,000 as the sound value, and that real property generally in the city of Troy was assessed at eighty-five per cent of its sound value. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH McGUIRK, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, New York, Respondent.— This is an appeal by the relator from an order dismissing writ of habeas corpus on the ground that the court had no right to correct its sentence. The court may at any time after either sentence or conviction, on filing of information pursuant to section 1943 of the Penal Law, cause the prisoner to be brought before it to plead to the information. If the information be sustained by plea or trial, the court may then resentence the prisoner in accordance with the provisions of sections 1941 and 1942 of the Penal Law. Order unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.